(69 South. 692)

No. 21230.

## STATE v. CREECH.

(June 11, 1915.  Rehearing Denied June 29, 1915.)

Appeal from Twelfth Judicial District Court, Parish of De Soto; John H. Boone, Judge.

Josh Creech was convicted of an illegal sale of intoxicating liquors, and appeals. Affirmed.

Hardin & Atkinson, of Leesville, for appellant. R. G. Pleasant, Atty. Gen., and W. M. Lyles, Dist. Atty., of Leesville (G. A. Gondran, of New Orleans, of counsel), for the State.

LAND, J. For the reasons assigned in the case of Same Plaintiff v. Same Defendant (No. 21,231 of the docket of this court) 69 South. 691, ante, p. 880, the judgment herein appealed from is affirmed.

PROVOSTY and O'NIELL, JJ., dissent.